UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-23258-CIV-HUCK/O'SULLIVAN

AURORA LOAN SERVICES, LLC,
f/k/a AURORA LOAN SERVICES, INC.,
a Delaware limited liability company,
      Plaintiff,

v.

CERTIFIED HOME LOANS OF FLORIDA,
INC., a Florida company,
      Defendant.
_____/

## ORDER

THIS MATTER comes before the Court on Plaintiff Aurora Loan Services, LLC's Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure (DE# 35, 4/7/08). Having reviewed the applicable filings and the law, it is

ORDERED AND ADJUDGED that Plaintiff Aurora Loan Services, LLC's Disclosures Pursuant to Rule 26 of the Federal Rules of Civil Procedure (DE# 35, 4/7/08) is **STRICKEN** from the record. In accordance with Federal Rule of Civil Procedure 5(d) and Local Rule 26.1.B, Southern District of Florida, disclosures under Federal Rules of Civil Procedure 26(a)(1) or (2), and discovery materials shall not be filed with the Court as a matter of course.

DONE AND ORDERED, in Chambers, at Miami, Florida, this **8th** day of April, 2008.

_____
JOHN J. O'SULLIVAN
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Huck
All Counsel of Record