UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 07-23258 -CIV-HUCK/O'SULLIVAN

AURORA LOAN SERVICES, LLC,
f/k/a AURORA LOAN SERVICES, INC.,
a Delaware limited liability company,

    Plaintiff,

vs.

CERTIFIED HOME LOANS OF
FLORIDA, INC., a Florida company,

    Defendant.
_____/

**CLOSED CIVIL CASE**

## ORDER DISMISSING CASE WITHOUT PREJUDICE

THIS CAUSE is before the Court upon Plaintiff's Motion for Voluntary Dismissal Without Prejudice, which was made in open court at the hearing held on June 25, 2008. Having heard Defendant's objections and being otherwise duly advised, it is hereby

ORDERED that the Motion is GRANTED for the reasons stated in open court. Accordingly, this action is DISMISSED WITHOUT PREJUDICE pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. All pending motions are DENIED as moot and the case is CLOSED.

If Plaintiff elects to re-file its complaint, Defendant may file a Motion for Attorney's Fees and Costs. However, the Court will postpone consideration of such a motion pending the outcome of the re-filed case.

DONE AND ORDERED in Chambers, Miami, Florida, this 26th day of June, 2008.

                                              Paul C. Huck
                                              United States District Judge

Copies furnished to:
All Counsel of Record